IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:24-cr-58 |
| | ) | |
| v. | ) | Possess with the Intent |
| | ) | to Distribute Fentanyl |
| JARON JAMES STARKEY, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| Defendant. | ) | Forfeiture Allegation |

April 2024 TERM - At Richmond, Virginia

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possess with the Intent to Distribute Fentanyl)

On or about September 17, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court the defendant, JARON JAMES STARKEY, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, and Para-fluorofentanyl, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit any property constituting, or derived from, and any proceeds obtained, directly or indirectly, as a result of the offense charged; and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense charged.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 21, United States Code, Section 853).

A TRUE BILL:

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *Angela Mastandrea*
Angela Mastandrea
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office