11658487

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

United States of America
v.

Jaron James Starkey
*Defendant*

Case No. 3:24cr00058 - <mark>DETAINER</mark>

RECEIVED U.S. MARSHALS SERVICE
EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION
2024 APR -3 A 10:28

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jaron James Starkey,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

(See attached Indictment)

Date: April 2, 2024

*Issuing officer's signature*

City and state: Richmond, Virginia

S. Beal, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/25/2024, and the person was arrested on *(date)* 04/25/2024
at *(city and state)* Halifax Co., VA.

Date: 04/25/2024

*Arresting officer's signature*

SA F.G. Quicos
*Printed name and title*