IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:24-cr-058-HEH |
| | ) | |
| JARON JAMES STARKEY, | ) | Possess with the Intent to Distribute |
| | ) | Parafluorofentanyl and Fentanyl |
| Defendant. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| | ) | |
| | ) | Forfeiture Allegation |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Possess with Intent to Distribute Parafluorofentanyl and Fentanyl)

On or about September 17, 2023, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, JARON JAMES STARKEY, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of parafluorofentanyl, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), and fentanyl, a Schedule II controlled substance, knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813. (In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit any property constituting, or derived from, and any proceeds obtained, directly or indirectly, as a

result of the offense charged; and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses charged.

(In accordance with Title 21, United States Code, Section 853).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Angela Mastandrea
Assistant United States Attorney